IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARY ALBRITTON, as next friend of CODY ALBRITTON, § § § | |
| *Plaintiff,* § § | |
| v. § § | CIVIL ACTION NO. 3:23-cv-01723-N |
| HENDERSON COUNTY, TEXAS; PHILIP R. TAFT, PSY.D.; PHILIP R. TAFT PSY.D & ASSOCIATES, PLLC; and SOUTHERN HEALTH PARTNERS, INC., § § § § § § | |
| *Defendants*. § | |

## DEFENDANT SOUTHERN HEALTH PARTNERS, INC.'S NOTICE OF DISCOVERY

COMES NOW Defendant Southern Health Partners, Inc.'s in the above-styled and referenced cause, and files this Notice of its (1) Objections and Responses to Plaintiff's First Request for Production; and (2) Initial Disclosures, and would respectfully show unto the Court as follows:

On this date Defendant Southern Health Partners, Inc. provided all counsel of record with its (1) Objections and Responses to Plaintiff's First Request for Production; and (2) Initial Disclosures in compliance with the Federal Rules of Civil Procedure and this Court's order.

Respectfully submitted,

By: */s/ Wendy A. McMillon*
**FRANK ALVAREZ**
State Bar No. 00796122
frank.alvarez@qpwblaw.com
**WENDY A. McMILLON**
State Bar No. 00790100
wendy.mcmillon@qpwblaw.com

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
1700 Pacific Avenue, Suite 4545
Dallas, Texas 7501
(214) 754-8755
(214) 754-8744 (Fax)

**ATTORNEYS FOR DEFENDANT**
**SOUTHERN HEALTH PARTNERS, INC.**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 24th day of June 2024, a true and correct copy of the foregoing document was forwarded via electronic filing to the following counsel of record:

Roger Topham
State Bar No. 24100557
Attorney at Law
rt@tophamlaw.com
13809 Research Blvd., Suite 500
Austin, TX  78750
*Attorney for Plaintiff*


David Iglesias
State Bar No. 24051733
david@iglesiaslawfirm.com
Iglesias Law Firm, PLLC
605 Chase Drive, Suite 8
Tyler, Texas 75701
*Attorney for Henderson County*


Courtney Boes Huber
State Bar No. 24087181
huber@schellcooley.com
Schell Cooley Campbell LLP
16415 Addison Road, Suite 700
Addison, Texas 75001
*Attorneys for Taft Defendants*


                                                   */s/ Wendy A. McMillon*
                                                   **WENDY A. McMILLON**